JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDERPAL CHAHAL,<br><br>      Plaintiff,<br><br>v.<br><br>NUTRIBULLET, L.L.C. et al.,<br><br>      Defendants. | Case No. 2:19-cv-07416-SB-GJS<br><br>ORDER OF DISMISSAL |

    The parties filed a notice of settlement on April 25, 2025.  This action is therefore dismissed in its entirety without prejudice, and the order to show cause set for July 14, 2025 is discharged.  Until July 24, 2025, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party.  By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on July 25, 2025, absent a timely motion to vacate and reopen.  If the case is reopened, the parties should be prepared for an expedited trial schedule.

    The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution before July 24, 2025 as ordered above.  *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit* **at least seven days before the deadline** *a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: June 2, 2025

                                              Stanley Blumenfeld, Jr.
                                            United States District Judge